JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GRACIANO, | CASE NO. 5:23-cv-02015-JLS-DTB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED FIDELITY LIFE INSURANCE COMPANY, | |
| Defendant. | |

1    On March 4, 2025, the Court issued an order granting Plaintiff's motion to dismiss this action on the condition that the dismissal be with prejudice. (Order, Doc. 43.) On March 11, 2025, Plaintiff filed a notice stating that he accepts the Court's condition. (Notice, Doc. 44.) Accordingly, it is HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 14, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE